UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM FERRIS, V, | No. 2:14-cv-02569 AC |
| Plaintiff, | |
| v. | ORDER AND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | FINDINGS AND RECOMMENDATIONS |
| Defendant. | |

By an order filed November 5, 2014 plaintiff was ordered to file either a proper in forma pauperis affidavit or pay the appropriate filing fee within twenty days. ECF No. 3. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. Id. The twenty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

Accordingly, IT IS HEREBY ORDERED that the Clerk randomly assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
2  shall be served and filed within fourteen days after service of the objections.  The parties are
3  advised that failure to file objections within the specified time may waive the right to appeal the
4  District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5  DATED: December 4, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE