BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CA SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(SACRAMENTO)**

| | |
|---|---|
| JOHN WILLIAM FERRIS, V,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:14-cv-02569-AC<br><br>JOINT STIPULATION<br>TO EXTEND DEFENDANT'S TIME<br>TO FILE CROSS-MOTION<br>FOR SUMMARY JUDGMENT |

The parties hereby stipulate, through their undersigned attorneys and subject to the Court's approval, that Defendant shall have an extension of time, up to and including July 29, 2015, in which to file her cross-motion for summary judgment. Counsel for Defendant has longstanding vacation plans that put him out of the country for almost the entire month of June, and he is unable to address Plaintiff's arguments before then.

This is Defendant's first request for an extension in this case. She requests it in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Date: *May 29, 2015*                /s/ *Howard D. Olinsky*
                                    HOWARD D. OLINSKY
                                    Attorney for Plaintiff

Date: *May 29, 2015*                BENJAMIN B. WAGNER
                                    United States Attorney
                                    DONNA L. CALVERT
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    /s/ *Timothy R. Bolin*
                                    TIMOTHY R. BOLIN
                                    Special Assistant United States Attorney

**ORDER**

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until July 29, 2015, to file her cross-motion for summary judgment, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly.

Date: June 1, 2015                  _____
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE