UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JOHN WILLIAM FERRIS, V, ) | Case No. 2:14-cv-2569-AC |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND BRIEFING SCHEDULE** |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her cross-motion for summary judgment with the Court by 30 days to August 28, 2015, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's second request for an extension of time in this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension because this case was recently reassigned to new counsel for Defendant, who needs additional time to become familiar with the facts of the instant case and the issues presented in the opening brief.  There is also good cause for this extension because counsel for Defendant is currently responsible for numerous district court cases at

various stages of litigation, as well as conducting discovery and preparing substantive motions in proceedings before the Equal Employment Opportunity Commission and Merit Systems Protection Board.

Respectfully submitted,

Date: *July 27, 2015*          SACKETT & ASSOCIATES

By:   */s/ Asim H. Modi  for Harvey P. Sackett\**
      HARVEY P. SACKETT
      *\*Authorized by email on July 27, 2015*
      Attorneys for Plaintiff

Date: *July 27, 2015*          BENJAMIN B. WAGNER
                               United States Attorney
                               DONNA L. CALVERT
                               Regional Chief Counsel, Region IX
                               Social Security Administration

By:   */s/ Asim H. Modi*
      ASIM H. MODI
      Special Assistant United States Attorney
      Attorneys for Defendant

## ORDER

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until August 28, 2015 to file her cross-motion for summary judgment, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly.

DATED:  July 27, 2015

　　　　　　　　　　　　/S/　　　　　　　　　　　　
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE